949 A.2d 206

IN THE MATTER OF JOSEPH JAY LOWENSTEIN,
AN ATTORNEY AT LAW.

June 11, 2008.

## ORDER

This matter have been duly presented to the Court pursuant to *Rule* 1:20–10(b), following a motion for discipline by consent of **JOSEPH JAY LOWENSTEIN** of **PATERSON,** who was admitted to the bar of this State in 1985;

And the District XI Ethics Committee and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent violated *RPC* 1.1(b) (pattern of neglect), *RPC* 1.3 (lack of diligence), and *RPC* 1.4(b) (failure to communicate with clients) in several matters;

And the parties having agreed that respondent's conduct violated *RPC* 1.1(b), *RPC* 1.3, *RPC* 1.4, and that said conduct warrants a censure;

And the Disciplinary Review Board having determined that a censure is the appropriate discipline for respondent's ethics violations and having granted the motion for discipline by consent in District Docket Nos. XI–06–005E, XI–06–008E, XI–06–009E, XI–06–022E, XI–06–023E, and XI–06–033E;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *Rule* 1:20–16(e);

And good cause appearing;

It is ORDERED that **JOSEPH JAY LOWENSTEIN** of **PATERSON** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.